LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: odell.grooms@ssa.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARY MURCH, | CASE NO. 1:08-CV-01229 SMS |
|     Appellant, | |
|     v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Respondent. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Respondent shall have a second extension of time of 30 days in which to respond to Appellant's Opening Brief due to the continuing need of assigned counsel to be absent from the office because of a family medical emergency.  The current due date is June 1, 2009.  The new due date will be July 1, 2009.

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 28, 2009          */s/ Robert D. Christenson*
(via telefacsimile)
ROBERT D. CHRISTENSON
Attorney for Appellant

Respectfully submitted,

Dated: May 28, 2009          LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Respondent

ORDER

IT IS SO ORDERED.

DATED:      June 9, 2009

By      /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge