LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8974
   Facsimile: (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MURCH,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO: 1:08-CV-01229 SMS<br><br>**DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONDING BRIEF**;<br><br>**ORDER** |

    The parties hereby stipulate to continue the due date for the time for Defendant to respond to Plaintiff's opening brief from July 1, 2009 until July 15, 2009. There is good cause for this continuance because the parties are considering a voluntary remand.

Dated: June 30, 2009                LAWRENCE G. BROWN
                                          Acting United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ Ann L. Maley
                                          ANN L. MALEY
                                          Special Assistant U.S. Attorney

DEF'S REQUEST for EXT.
08-1229 SMS

1

| | |
|---|---|
| | Attorneys for Defendant |
| 6/30/09 | ROBERT D. CHRISTENSON<br>CHRISTENSON LAW FIRM |
| | Via telephone authorization on 6/23/09 |
| | /s/ Robert D. Christenson |
| | _____<br>ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |

IT IS SO ORDERED.

DATED:    July 9, 2009

By    /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge

DEF'S REQUEST for EXT.
08-1229 SMS