LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MURCH,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:08–cv-01229-SMS<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ORDERFORENTRY OF JUDGMENT**<br><br>**Court:**   Hon. Sandra M. Snyder<br>          U.S. Magistrate Judge |

    **IT IS STIPULATED** by and between plaintiff Mary Murch ("Plaintiff") and defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Administrative Law Judge (ALJ) will be directed to update the record with existing evidence from the treating sources to clarify the severity of the claimant's mental impairments with and without drug use, to include medical source statements; obtain a consultative psychiatric examination to determine the severity of the claimant's mental impairments with and

without drug use and include a medical source statement; re-evaluate all the medical source opinions of record; re-evaluate the severity of the claimant's mental impairments pursuant to 20 C.F.R. § 416.920a; re-evaluate the claimant's residual functional capacity pursuant to Social Security Ruling 96-8.  If warranted, the ALJ will determine whether drug use is a contributing factor material to a finding of disability pursuant to 20 C.F.R. § 416.935; and, if necessary, obtain supplemental evidence from a vocational expert at step 5 of the sequential evaluation.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED: 7/15/09                           ROBERT D. CHRISTENSON
                                         CHRISTENSON LAW FIRM

                                         By:   /s/ Robert D. Christenson*

                                               *By facsimile authorization on 7/9/09

DATED:  7/15/09                          LAWRENCE G. BROWN
                                         Acting United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         By:  /s/ Ann L. Maley
                                              ANN L. MALEY
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

The Court approves the parties' stipulation for a voluntary remand pursuant to Sentence Four of 42 U.S.C. § 405(g), as set forth in the parties' stipulation.

IT IS SO ORDERED.

**Dated:   July 17, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2