LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8974
   Facsimile: (415) 744-0134
   E-Mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MURCH, | CASE NO: 1:08-cv-01229 SMS |
|     Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of $1,573.16. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of $1,573.16 in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

/ / / / /

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: September 3, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ann L. Maley
ANN L. MALEY
Special Assistant U.S. Attorney

Attorneys for Defendant

ROBERT D. CHRISTENSON
CHRISTENSON LAW FIRM

Via email authorization on 8/27/09

/s/ Robert D. Christenson

ROBERT D. CHRISTENSON
Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   September 15, 2009**           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE